FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG - 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: SACR11-167-DOC |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| vs. | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Bynum, Shawna | ) |  |
| Defendant. | ) |  |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backgrd cmty ties unknown due to failure to interview. bail resources unknown; assoc w/multiple personal_

1  <u>identifiers; nature of allegations, which evidence</u>
2  <u>a lack of amenability to supervision</u>
3  and/or
4 B.  ☒ The defendant has not met his/her burden of establishing by clear and
5     convincing evidence that he/she is not likely to pose a danger to the safety of any
6     other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7     finding is based on <u>her commission of a new offense</u>
8     <u>while under supervision; her extensive</u>
9     <u>criminal history record; prior probation violation</u>

13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.

16 DATED: <u>8/7/12</u>

   ROBERT N. BLOCK
   UNITED STATES MAGISTRATE JUDGE